IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BIGFOOT 4X4, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No. 22-cv-06410 <br><br> Judge John J. Tharp, Jr. <br><br> Magistrate Judge Beth W. Jantz |

## JUDGMENT ORDER

This action having been decided by Judge John J. Tharp, Jr. on the Court's *sua sponte* dismissal for failure to prosecute, it is hereby ORDERED:

Judgment is entered in favor of the defendants listed on the attached Schedule A and against plaintiff Bigfoot 4x4, Inc. Defendants may recover costs.

Date: September 6, 2023

_____
John J. Tharp, Jr.
United States District Judge

# Schedule A

| No. | Defendant Name / Alias |
|---|---|
| 1 | frees_mart |
| 2 | lakshan2002-6 |
| 3 | manoridhiranas0 |
| 4 | nikav_30 |
| 5 | senkave97 |
| 8 | ariqiyan32447 |
| 9 | davidShopTaco |
| 10 | E77BD6E1 |
| 11 | huanglaobandedian |
| 12 | Kanhsyud |
| 13 | KashinKoji |
| 14 | nijuan0735 |
| 15 | Spherecords |
| 16 | tanjun321 |
| 17 | Villen |
| 18 | wangzhuren |
| 19 | wuxingchi15114 |
| 20 | wuyanping123 |
| 21 | YettaAdelawNcAqS |
| 22 | zhaohequn3578 |
| 26 | LUOYIMAN |
| 28 | QBSM |
| 29 | tiantian01 |
| 31 | adjioq |
| 32 | best.toy98_store |
| 33 | diya_store |
| 34 | dms_zone |
| 36 | gamgayana0 |
| 37 | happyshopping0 |
| 38 | hoverkaru_store |
| 39 | inokawkum-0 |
| 40 | janitsandaruwa-5 |
| 41 | jinjinbin |
| 42 | martable |
| 43 | mfp48673051 |
| 44 | murshidstore |
| 45 | snow_zone93 |
| 46 | sri_traditions_online |
| 56 | fabiolam |
| 57 | fsaa |
| 58 | George Nelson |

| | |
|---|---|
| 59 | huangjin fashion |
| 60 | Jiangyu00586 |
| 61 | Landwins |
| 62 | liagen.. |
| 63 | liuxishan22806 |
| 64 | Love's little cool |
| 65 | MARK TETZLAFF |
| 66 | NavitTa |
| 67 | ouguorongshop |
| 68 | Out Of Background |
| 69 | Photo Doctor |
| 70 | qiuhvm online store |
| 71 | shenzhenshifeifeiyingshiyouxiangongsi |
| 72 | sksdjfsdhj |
| 73 | Tshuipip |
| 74 | UltraCorez |
| 75 | wanglinxiao55208 |
| 76 | Westwood Chateau |
| 77 | yanwenxue48580 |
| 78 | yiwubozhicoltd |
| 79 | Yixin beauty shop |
| 80 | zhangjiabao93813 |
| 83 | chengdoupingcuiliumaoyiyouxiangongsi |
| 87 | eComPower |
| 90 | HLL-SHOPS |
| 100 | lovexindong-US |
| 103 | MQFeng |
| 121 | shuangmak575 |
| 127 | Sycamore Garden Shopping Store |
| 129 | Tanxyz-US |
| 151 | zhongshanshichenghongshidaikejiyouxiangongsi |
| 152 | 天线DerDerBe |
| 153 | 晨曦的小铺 |
| 154 | BBTS NO1 |
| 155 | bring you a good mood |
| 156 | huo huo baby |
| 157 | Hywiwine Technology |
| 158 | Mandemu |
| 159 | MISE Health |
| 160 | RC BAG |
| 161 | VIP 888 |
| 162 | Weichen boutique fashion |
| 163 | Your Time Zones |